IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ELLOYD JOHNSON, 840854, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 3:06-CV-1754-L |
| § | |
| NATHANIEL QUARTERMAN, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Divisions, § | |
| § | |
| Respondent. § | |

## ORDER

This action was referred to the United States Magistrate Judge for findings and recommendations pursuant to 28 U.S.C. § 636(b). The magistrate judge issued his Findings, Conclusions, and Recommendation on September 28, 2006. After conducting a *de novo* review, the court determines that the findings and conclusions of the magistrate judge are correct, and they are accepted as the findings and conclusions of the court. The court **overrules** Petitioner's objections, which were filed October 10, 2006. Accordingly, the court hereby **transfers** Petitioner's successive writ of habeas corpus pursuant to 28 U.S.C. § 2254 to the United States Court of Appeals for the Fifth Circuit.

**It is so ordered** this 31st day of October.

Sam A. Lindsay
United States District Judge

Order – Solo Page